Before the Second Division, November 2, 1966

**No. P66/321.**—The Electra Spark Co. and Pan Maritime Cargo Service, Inc., et al. v. United States, protests 60/18604, etc. (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs, not dedicated to use in automobiles or any other vehicle or machine, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. P66/322.**—Frank P. Dow Co., Inc. and Victor England Agencies et al. v. United States, protests 62/3160, etc. (Seattle).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

Before the Third Division, November 2, 1966

**No. P66/323.**—Ucagco, Inc. v. United States, protest 284877–K/14740 (New Orleans).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.